Same case below, 402 Fed. Appx. 852.

**No. 10-1065. O.K. Industries, Inc., et al., Petitioners v. Charles Been, et al.**

563 U.S. 975, 131 S. Ct. 2876, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3395.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 398 Fed. Appx. 382.

**No. 10-1069. Jessie D. McDonald, Petitioner v. Overnight Express, Inc., et al.**

563 U.S. 975, 131 S. Ct. 2876, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3454.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-1086. Liberty Apparel Company, Inc., et al., Petitioners v. Ling Nan Zheng, et al.**

563 U.S. 975, 131 S. Ct. 2879, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3481.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 617 F.3d 182 and 389 Fed. Appx. 63.

**No. 10-1101. Claburn Lockwood, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

563 U.S. 975, 131 S. Ct. 2882, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3512.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 616 F.3d 1068.

**No. 10-1103. Walter Rosales, et al., Petitioners v. United States.**

563 U.S. 975, 131 S. Ct. 2882, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3407.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 10-1112. Mohammed Salim Ismail, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 975, 131 S. Ct. 2882, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3485.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-1116. William B. Burleigh, Petitioner v. Monterey County, California, et al.**

563 U.S. 975, 131 S. Ct. 2882, 179 L. Ed. 2d 1189, 2011 U.S. LEXIS 3425.

May 2, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.